# EXHIBIT 2
# (English Translation)

## MP Files Criminal Charges Against Three Supreme Court Magistrates from 2016-2023 Term for Judicial Misconduct

**Tegucigalpa, Francisco Morazán**. The Public Prosecutor's Office (MP), through the Special Prosecutor's Office for the Prosecution of Justice Sector Officials (FEES-SJ), has formally filed a formal indictment against former justices Reynaldo Antonio Hernandez, Wilfredo Mendez Romero, and Rina Auxiliadora Alvarado Moreno, who served on the Civil Chamber of the Supreme Court of Justice (SCJ) during the period from 2016 to 2023.

These former magistrates, entrusted with the administration of justice in the country, are accused of judicial misconduct for issuing a ruling contrary to the law in March 2022. This ruling was purportedly intended to benefit banking institutions that were defendants in a lawsuit presented by a private company, involving a claim of one hundred fifty-nine million, eight hundred ten thousand seventy-one dollars and thirty-nine cents ($159,810,071.30).

The charges are based on a series of irregularities beginning in February 2016, when the Supreme Cout of Justice (SCJ) Plenary ordered that the case file, which contained Cassation Appeals, be returned to the new Civil Chamber after the previous Chamber (2009-2016) had referred it to the Plenary due to a lack of unanimous resolution. Such actions are deemed unlawful, as once a case file is submitted to the Plenary following an unresolved unanimous decision in the Chamber, it cannot be returned, given that the Plenary serves as the final instance.

According to the investigations, former magistrate Reynaldo Antonio Hernández exerted influence on the Plenary to ensure that the Cassation Appeals were reviewed and decided by the Chamber in which he served, demonstrating a personal interest in the case. On March 22, 2022, together with Justices Mendez Romero and Alvarado Moreno, he materialized the illegality by issuing a unanimous ruling that exonerated the defendant banking institutions, thereby undermining the impartiality and integrity of the judicial system.

# EXHIBIT 2
# (Spanish)

# Ministerio Público presenta requerimiento fiscal contra exmagistrados de la Sala de lo Civil de la CSJ del periodo 2016-2023 por el delito de prevaricato judicial

9 de septiembre de 2024

**Tegucigalpa, Francisco Morazán.** El Ministerio Público (MP), a través de la Fiscalía Especial para el Enjuiciamiento de los Servidores del Sector Justicia (FEES-SJ), ha presentado un requerimiento fiscal contra los exmagistrados Reynaldo Antonio Hernández, Wilfredo Méndez Romero y Rina Auxiliadora Alvarado Moreno, quienes integraron la Sala de lo Civil de la Corte Suprema de Justicia (CSJ) en el periodo 2016-2023.

Estos exmagistrados, en quienes se les confió la justicia del país, son acusados por el delito de prevaricato judicial, al haber emitido una sentencia contraria a la ley en marzo de 2022, con el propósito de beneficiar a instituciones bancarias demandadas por una empresa de capital privado en una cuantía de ciento cincuenta y nueve millones, ochocientos diez mil setenta y un dólares con treinta y nueve centavos ($159,810,071.30).

La acusación se basa en una serie de irregularidades que comenzaron en febrero de 2016, cuando el Pleno de la CSJ ordenó que el expediente de la demanda, que contenía recursos de casación, fuera devuelto a la nueva Sala de lo Civil, luego que la Sala anterior (2009-2016) lo remitiera al Pleno por no haber alcanzado una resolución unánime. Este proceder es considerado antijurídico, ya que que cuando un expediente llega al Pleno tras no haber sido resuelto por unanimidad en la Sala, no puede ser devuelto, dado que el Pleno actúa como instancia definitiva.

Según las investigaciones, el exmagistrado Reynaldo Antonio Hernández influyó en el Pleno para que los recursos de casación fueran conocidos y resueltos por la Sala que él integraba, demostrando un interés particular en el caso. Consumado el propósito, el 22 de marzo de 2022, junto a los magistrados Méndez Romero y Alvarado Moreno, materializaron la ilegalidad al emitir una sentencia unánime que absolvió a las instituciones bancarias demandadas, vulnerando la imparcialidad y confianza en el sistema judicial.

