# EXHIBIT 3
# (English Translation)

**The Prosecutors Office obtains a formal indictment against three former judges of the Supreme Court of Justice for the period 2016-2023, accused of judicial malfeasance**.

Published on October 24, 2024

**Tegucigalpa, Francisco Morazán**. The Prosecutors Office, through the Special Prosecutor's Office for the Prosecution of Justice Sector Officials (FEES-SJ), has obtained a formal indictment against former judges Reynaldo Antonio Hernández, Wilfredo Méndez Romero, and Rina Auxiliadora Alvarado Moreno, who served on the Civil Chamber of the Supreme Court of Justice during the period from 2016 to 2023. They are alleged to be responsible for the crime of judicial malfeasance.

The judge of organized crime, environmental and corruption matters has ordered measures other than preventive detention. The preliminary hearing is scheduled for Tuesday, November 12, 2024, at 9:00 AM.

According to the investigations, these former judges purportedly issued an unlawful ruling in March 2022, aimed at benefiting banking institutions that were defendants in a lawsuit involving a sum of one hundred fifty-nine million, eight hundred ten thousand seventy-one dollars and thirty-nine cents ($159,810,071.30).

The accusation is grounded in a series of irregularities that commenced in February 2016, when the Plenary of the Supreme Court of Honduras instructed that the file of the lawsuit, which contained "Cassation Appeals", be returned to the newly constituted Civil Chamber. This action followed the prior Chamber's (2009-2016) referral of the case to the Plenary of the Supreme Court of Honduras due to the absence of a unanimous resolution. Such conduct is deemed unlawful, as once a case is submitted to the plenary without a unanimous decision by the Chamber, it cannot be returned, given that the plenary acts as the final instance.

According to the prosecution's request, former judge Reynaldo Antonio Hernández allegedly exerted influence on the plenary to ensure that the "Cassation Appeals" were reviewed and resolved by the Chamber to which he belonged, demonstrating a particular interest in the matter. Upon achieving this objective, on March 22, 2022, alongside judges Méndez Romero and Alvarado Moreno, they allegedly perpetrated the illegality by issuing a unanimous ruling that acquitted the defendant banking institutions.

# EXHIBIT 3
# (Spanish)

# MP obtiene auto de formal procesamiento contra tres exmagistrados de la CSJ periodo 2016-2023, acusados de prevaricato judicial

24 de octubre de 2024

**Tegucigalpa, Francisco Morazán.** El Ministerio Público (MP), a través de la Fiscalía Especial para el Enjuiciamiento de los Servidores del Sector Justicia (FEES-SJ), obtiene auto de formal procesamiento contra los exmagistrados Reynaldo Antonio Hernández, Wilfredo Méndez Romero y Rina Auxiliadora Alvarado Moreno, quienes integraron la Sala de lo Civil de la Corte Suprema de Justicia en el periodo 2016-2023, por suponerlos responsables del delito de prevaricato judicial.

El juez en materia de criminalidad organizada, medio ambiente y corrupción dictó medidas distintas a la prisión preventiva. La audiencia preliminar quedó señalada para el martes 12 de noviembre de 2024 a las 9:00 de la mañana.

Según las investigaciones, estos exmagistrados supuestamente emitieron una sentencia injus contraria a la ley en marzo de 2022, con el propósito de beneficiar a instituciones bancarias demandadas por una cuantía de ciento cincuenta y nueve millones, ochocientos diez mil setenta y un dólares con treinta y nueve centavos ($ 159,810,071,30).

La acusación se basa en una serie de irregularidades que comenzaron en febrero de 2016, cuando el Pleno de la CSJ ordenó que el expediente de la demanda, que contenía recursos de casación, fuera devuelto a la nueva Sala de lo Civil, luego que la Sala anterior (2009-2016) lo remitiera al Pleno por no haber alcanzado una resolución unánime. Este proceder es considerado antijurídico, ya que cuando un expediente llega al Pleno tras no haber sido resuelto por unanimidad en la Sala, no puede ser devuelto, dado que el Pleno actúa como instancia definitiva.

De acuerdo al requerimiento fiscal, el exmagistrado Reynaldo Antonio Hernández presuntamente influyó en el Pleno para que los recursos de casación fueran conocidos y resueltos por la Sala que él integraba, demostrando un interés particular en el caso. Consumado el propósito, el 22 de marzo de 2022, junto a los magistrados Méndez Romero y Alvarado Moreno, habrían materializado la ilegalidad al emitir una sentencia unánime que absolvió a las instituciones bancarias demandadas.