# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MOHAMMAD YUSUF AMDANI BAI,

   *Plaintiff*,

v.

ANTONY J. BLINKEN, in his official capacity as Secretary of the United States Department of State, *et al.*,

   *Defendants*.

No. 1:24-cv-03138-JMC

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Upon consideration of Defendants' motion to dismiss, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that Counts III, IV, and V are dismissed; and Plaintiff's request for injunctive relief "[o]rder[ing] Defendants to issue a written, reasoned decision on Plaintiff's pending delisting petition" and "[d]irect[ing] the State Department to issue a public statement rescinding [Plaintiff's] designation" are dismissed.

It is SO ORDERED.


Dated: _____            _____
                                                                                     JIA M. COBB
                                                                                      United States District Judge