IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD YUSUF AMDANI BAI**<br><br>*Plaintiff,*<br><br>**V.**<br><br>**MARCO RUBIO, in his official capacity as Secretary of the United States Department of State,** *et al.*<br><br>*Defendants.* | **CASE NO. 1:24-CV-03138-JMC** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Plaintiff's Opposition to Defendants' Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED.

It is SO ORDERED.

Dated: _____         _____

JIA M. COBB
United States District Judge